**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | :    Case: 1:26-mj-00069 |
| | :    Assigned To: Judge Upadhyaya, Moxila A. |
| **ZABDIEL AARON ROTHSCHILD** | :    Assign. Date: 4/1/2026 |
| | :    Description: COMPLAINT W/ARREST WARRANT |
| **Defendant.** | : |
| | : |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Jacqueline Scott, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.     I submit this affidavit in support of a criminal complaint charging ZABDIEL AARON ROTHSCHILD ("ROTHSCHILD") with Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a) and (e), Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), Receipt and Attempted Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), and Transfer of Obscene Material to Minors, in violation of 18 U.S.C. § 1470.

2.     Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.     Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

**AFFIANT BACKGROUND**

4.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since December 2022, and I am currently assigned to the Washington Field Office Child Exploitation and Human Trafficking Task Force. I am a graduate of the FBI Academy in Quantico, Virginia, where I received extensive training in federal law and various investigative methods. I hold a Bachelor of Arts and Doctor of Jurisprudence and am a licensed attorney in the state of Pennsylvania. While employed by FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography, including but not limited to the illegal possession, receipt, distribution, advertisement, and production of material depicting the sexual exploitation of minors. As a Special Agent with the FBI, I received training on investigative techniques related to crimes involving the sexual exploitation of children, including obtaining and analyzing digital records, analyzing stored digital media, and the application for and execution of search and arrest warrants. I have conducted and assisted in federal child exploitation investigations and participated in the execution of numerous search warrants in support of child exploitation investigations. I have gained experience in these investigations through training, discussions with other law enforcement officers and computer forensic examiners, and everyday work conducting these types of investigations. I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM") in many forms of media, including computer media. I also have experience participating in investigations involving the sexual exploitation of children through social media and messaging platforms. Through my training and experience, and conversations with law enforcement personnel and computer forensic examiners, I have also become familiar with certain methods commonly

employed by offenders who seek to sexually exploit children online. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2251(a) and (e) (Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child), 18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor), 18 U.S.C. § 2252(a)(2) (Receipt and Attempted Receipt of Child Pornography), and 18 U.S.C. § 1470 (Transfer of Obscene Material to Minors) (hereafter, the "TARGET OFFENSES") have been committed by ROTHSCHILD.

## **PROBABLE CAUSE**

*Reporting to Law Enforcement regarding MV1*

7.      In March 2025, the FBI received information concerning the possible online sexual exploitation of a 13-year-old girl, hereinafter Minor Victim 1 (MV1)[1]. The information was provided by the mother of MV1's friend, hereinafter Adult Witness 1 (AW1). MV1's friend will hereinafter be referred to as Minor Witness 1 (MW1). MW1 told AW1 that MV1 was in online communication with a 25-year-old male, MV1 had sent nude photographs to and received nude photographs from the male, and that MV1 and the male talked about meeting up. AW1 reported this same information to local law enforcement, the Concord (California) Police Department, and MV1's school. As outlined in the following paragraphs, ZABDIEL AARON ROTHSCHILD

---

[1] MV1's full name and date of birth are known to law enforcement.

("ROTHSCHILD"/ "SUBJECT") of Washington, DC is the suspected user of Discord account "limerence12345."

8.    Based on AW1's reporting, the Concord Police Department responded to MV1's school. School officials shared that they reviewed MV1's laptop and that MV1 had communicated with the male via her school laptop. Discord messages were located on MV1's school laptop between MV1[2] and a Discord user with the username "limerence12345" and display name "Leo/zab!!!!^^" ("SUBJECT ACCOUNT"). Photographs/videos were taken of some of these messages by the responding officer. The matter was assigned to a detective from the Concord Police Department. The SUBJECT ACCOUNT sent MV1 a video of himself masturbating his erect penis and sent MV1 messages encouraging her to masturbate. Based on these communications, the assigned Detective sought a search warrant to Discord for the SUBJECT ACCOUNT. MV1 also underwent a forensic interview, which is described in greater detail below.

*Subscriber Information for SUBJECT ACCOUNT*

9.    On or about March 20, 2025, the assigned detective from the Concord Police Department submitted a State of California search warrant for MV1's Discord account and the SUBJECT ACCOUNT.

10.    On or about March 24, 2025, in response to the search warrant, Discord provided the following subscriber information regarding the "limerence12345":

> User ID: 1333318382954741812
> Username: limerence12345#0
> Email: zabdiel.rothschildXX@XXXXX.edu (verified)[3]
> Phone Number: Not Found
> Registration IP: 107.116.83.12
> Registration Time (UTC): 2025-01-27 06:11:14

---

[2] MV1's Discord username is known to law enforcement.
[3] Discord provided the complete email address, however it is redacted for privacy.

Last Seen Time (UTC): 2025-03-13 01:46:50
Last Seen IP: 216.103.177.22

*Identification of Additional Victims*

11.     Through review of records from Discord, the assigned detective from the Concord Police Department identified additional minor females with whom the SUBJECT ACCOUNT was in contact. Among these were a 15-year-old girl in Illinois, hereinafter Minor Victim 2 (MV2) and a 13-year-old girl in Maryland, hereinafter Minor Victim 3 (MV3). MV2 and MV3 underwent forensic interviews, which are described in greater detail below.

*Connections between SUBJECT ACCOUNT and ROTHSCHILD*

12.     Open source research revealed that the email address domain associated with the SUBJECT ACCOUNT belonged to the University of Texas Rio Grande Valley, which has campuses located in Edinburg, Texas and Brownsville, Texas. Open source research for Zabdiel Rothschild of Texas revealed that a Zabdiel A. Rothschild, date of birth (DOB) XX/XX/2000,[4] and residential addresses in La Feria, Texas[5] and XXX D St NW, Apt XXX, Washington, DC 20004.[6] The open source research also provided a social security number associated with Rothschild.

13.     Open source research on ROTHSCHILD also identified 202[7]-XXX-2491 as an associated telephone number. In October 2025, AT&T provided information that the phone

---

[4] Rothschild's full DOB and SSAN are known to law enforcement. Rothschild would have been 25 years old in March 2025.
[5] The full address is known to law enforcement. La Feria, Texas is located in the Rio Grande Valley region, approximately between Edinburgh and Brownsville.
[6] The full address is known to law enforcement.
[7] The 202 area code is known to be associated to Washington, DC.

number was active since August 2024 to ROTHSCHILD's listed address in La Feria, Texas, though the named billing party and subscriber appeared to be ROTHSCHILD's family member.

14.     Legal process was issued to Snapchat for information on accounts associated with 202-XXX-2491. Snapchat indicated that username "el_mocha" with display name "Z" was connected to the telephone number. The account was created in September 2024 at IP address 73.87.68.56 which, described in the following paragraph, is connected to ROTHSCHILD's residence in Washington, D.C. Another Snapchat account with username "zaddy-r" and display name "Zaddy" was also connected to the telephone number. Information for this account included subscribing email address zabdiel.XXXXXXXXXX@XXXXXX.com.[8]

*Connection of SUBJECT ACCOUNT and ROTHSCHILD to Washington, DC*

15.     As described in greater detail below, the SUBJECT ACCOUNT accessed IP address 73.87.68.56 on nearly a daily basis between January 28, 2025, and March 13, 2025. Subscriber information from Comcast Communications for IP address 73.87.68.56 indicated the subscriber of the account was JXXXX Blanco of XXX D ST NW, Apt XXX, Washington, DC 20004.

16.     In February 2026, a query with the United States Postal Inspection Service indicated that ROTHSCHILD received a package at 631 D St NW, Apt XXX, Washington, DC 20004 on March 25, 2025. A query of DC property assessments indicated that the address was a condominium owned by IXXXX Rodriguez and JXXXX Plard since 2018. Further open source research revealed the owners full names to be IXXXX MXXXX Olazabal and JXXX LXXX Blanco Plard. They appeared to have a daughter, MXXXX GXXXX Blanco Olazabal, and open

---

[8] The full email address is known to law enforcement.

source research indicated that she attended Georgetown University from 2017 to 2022 and currently works in Washington, DC.

17.     Additional open source research on ROTHSCHILD revealed that his name was among a list of 2018 Gates Scholarship recipients. The list indicated Rothschild was to attend Georgetown University. A review of a LinkedIn Profile for ROTHSCHILD listed him as "open to work" with a location of Washington, DC. The profile information indicated he attended Georgetown University from August 2018 to May 2021 and University of Texas Rio Grande Valley (UTRGV) from August 2021 to December 2024. A Facebook post made on December 17, 2024, from UTRGV's School of Political Science listed Zabdiel Rothschild among the graduates.

18.     In February 2026, a request for information from DC's Department of Employment Services indicated that ROTHSCHILD reported wages in the first quarter of 2025 from FJP Food Hall Inc. A query of DC registered businesses indicated this business corresponded to a food hall located at 625 H ST NW, Washington, DC 20001.

19.     On February 12, 2026, a member of the FBI observed ROTHSCHILD working as a greeter and bartender at the identified food hall.

20.     Members of the FBI conducted physical surveillances of ROTHSCHILD on a few dates in February and March 2026. ROTHSCHILD was seen entering his workplace at Luna Hall and returning to the building where XXX D ST NW Apartment XXX is located on February 19, 2026 and was seen in the lobby area of the residence building on March 2, 2026. Additionally, on February 24, 2026, ROTHSCHILD was observed entering the hallway which housed Apartment XXX.

*Search Warrant Issued to Discord for SUBJECT ACCOUNT*

21.    In February 2026, via 26-SC-398, The Honorable United States Magistrate Judge G. Michael Harvey of the United States District Court for the District of Columbia issued a search warrant to Discord for the SUBJECT ACCOUNT, username "limerence12345." Discord provided responsive records in February 2026. These records, described in pertinent part below, indicated 1) Rothschild to be the owner of the SUBJECT ACCOUNT, 2) revealed Rothschild's location in Washington, D.C. while he used the account, and 3) evidence Rothschild's use of the SUBJECT ACCOUNT to sexually exploit at least three minor female victims—MV1, MV2, and MV3.

22.    The SUBJECT ACCOUNT contained numerous instances of attribution to Rothschild, including 1) several photos of ROTHSCHILD with his face visible, 2) instances in which ROTHSCHILD stated he "lived in DC" (message sent on 03/06/2025), 3) instances in which ROTHSCHILD stated his name was "Zab. Short for Zabdiel.", 4) instances in which ROTHSCHILD stated he worked as a bartender ("I recently graduated my bachelor's, and ended a bartender"). Some of the photos of ROTHSCHILD from the SUBJECT ACCOUNT are below. The bar visible in the background of the first photo appears similar to the bar at Luna Hall, ROTHSCHILD's workplace, which your affiant has personally observed.[9]


Photograph #1


Photograph #2

[9] Photograph 1 was sent by ROTHSCHILD via Discord to MV#2 on February 27, 2025. Photograph 2 was sent by ROTHSCHILD via Discord to MV#3 on February 6, 2025. Photograph 3 was sent by ROTHSCHILD via Discord to MV#3 on March 10, 2025.



Photograph #3

23.     Discord also provided the IP address activity for the account between the account's creation on January 27, 2025, and March 13, 2025, which included approximately 1700 total IP addresses. Analysis of the IP addresses revealed that all IPs not associated to a VPN[10] or proxy server geolocated to Maryland or the District of Columbia. Specifically, the account accessed IP address 73.87.68.56 almost every day between January 28, 2025, and March 13, 2025, the IP address associated to XXX D ST NW, Apt XXX, Washington, DC 20004.

*Forensic Interview, Discord Chats Pertaining to MV1*

24.     In April 2025, MV1 was forensically interviewed at a child advocacy center (CAC) in Martinez, California. Between approximately January and March 2025, MV1 was 13 years old. MV1 disclosed the following information during the forensic interview:

---

[10] "VPN" refers to a Virtual Private Network which hides the user's true IP address and physical location.

a. MV1 had been in communication with a 25-year-old male via Discord. MV1 did not wish to disclose male's name and referred to him as "Leo" for purposes of the interview.

b. "Leo" first contacted MV1 via a direct message on TikTok. "Leo" had three TikTok accounts, and two of these accounts were nicknamed "limerence."

c. "Leo" initially told MV1 he was 21 years old but then shared that he was 25 years old. "Leo" acknowledged that MV1 was 13 years old.

d. "Leo" and MV1's chats moved to Discord.

e. To apologize for not responding to "Leo's" messages, MV1 sent a photo of her unclothed chest. Another time, MV1 sent a photo of her unclothed bottom. In response to one of these photos, "Leo" replied "I think you're attractive but you're still just a baby."

f. In addition to chatting on Discord, MV1 and "Leo" also called each other. During these calls, they discussed their age gap.

g. "Leo" sent MV1 a video of himself unclothed that showed everything. "Leo" told MV1 he wanted to meet up with her in California, but he currently did not have the money. MV1 knew "Leo" lived across the country, possibly in the New York area.

25. Within the Discord records for the SUBJECT ACCOUNT, chats were identified which took place between MV1 and the SUBJECT between February 25, 2025, and March 12, 2025. Portions of this conversation, and photos and/or videos exchanged, are highlighted below. The SUBJECT ACCOUNT accessed 73.87.68.56, the IP address associated to XXX D ST NW, Apt XXX, Washington, DC 20004, on each of the below listed dates.

| Date/Time[11] | Sender | Message |
|---|---|---|
| 2025-02-25 04:40:52 | MV1 | Hiii!! ^^ |
| 2025-02-25 06:14:40 | SUBJECT | Omg, hi! |
| *conversation continued* | | |
| 2025-02-25 22:43:25 | MV1 | Omg im so sorry i was at school!! >_< |
| *conversation continued* | | |
| 2025-02-26 00:44:59 | SUBJECT | Oh man! I go by Leo online |
| 2025-02-26 00:45:04 | SUBJECT | Not my real name tho |
| 2025-02-26 00:45:20 | SUBJECT | I turned 21 3 days ago |
| 2025-02-26 00:46:51 | MV1 | Okay!! ^^ |
| *conversation continued* | | |
| 2025-02-26 05:52:35 | MV1 | Goooooooonight! |
| 2025-03-01 14:15:04 | SUBJECT | [MV1 FIRST NAME]! |
| 2025-03-03 00:19:34 | MV1 | Omg im so sorry i had notifs off on discord!!! >_< |
| 2025-03-04 06:21:13 | MV1 | Pls dont be mad at me im sorry |
| 2025-03-04 06:22:03 | MV1 | Leo im sorry :(( |
| 2025-03-04 06:27:16 | MV1 | Leo please im sorry please don't be mad or annoyed with me :(( im sorry |
| 2025-03-04 06:34:01 | MV1 | Im gunna ho back to bed now :(( text me back when you can :(( im sorry ily :(( |
| 2025-03-04 16:28:06 | SUBJECT | Hi! |
| 2025-03-04 16:28:14 | SUBJECT | Nooooo baby I'm not mad at you! |
| 2025-03-04 16:28:23 | SUBJECT | Sorry for making you think that :( |
| 2025-03-05 00:01:02 | MV1 | No im sorry :(( i keep thinking everyones mad at me- |
| 2025-03-05 00:04:49 | SUBJECT | I promise you're ok |
| 2025-03-05 04:23:43 | MV1 | Okay:) |
| 2025-03-05 04:24:20 | MV1 | If it helps uhm<br><br>**\*PHOTO\***<br><br>**Description: selfie-style image depicting a young female's exposed breasts and stomach** |

---

[11] All times are noted in Coordinated Universal Time (UTC)

| 2025-03-05 04:24:34 | MV1 | ONLY LOOK AT IF YOUR OUT OF WORK PLS |
| --- | --- | --- |
| 2025-03-05 05:08:48 | MV1 | Im so sorry i sent this during a hypersexual episode |
| 2025-03-05 05:09:02 | MV1 | I can delete it if you want |
| 2025-03-05 05:09:04 | MV1 | Im sorry |
| 2025-03-05 05:40:26 | SUBJECT | Oh! |
| 2025-03-05 05:40:36 | SUBJECT | That was… quite a surprise… |
| 2025-03-05 05:41:08 | SUBJECT | Not a bad one! You're very attractive, but very sudden |
| 2025-03-05 05:42:08 | SUBJECT | Is that normally how you say sorry? |
| *conversation continued* | | |
| 2025-03-05 06:15:24 | MV1 | I feel gross for doing that |
| 2025-03-05 06:15:37 | SUBJECT | Hey hey! |
| 2025-03-05 06:15:44 | SUBJECT | [MV1 FIRST NAME], it's ok |
| 2025-03-05 06:16:11 | SUBJECT | I feel… mixed about it, honestly |
| 2025-03-05 06:17:01 | SUBJECT | Like, you ARE hot. But also, I shouldn't be attracted to you AND another part of me is just like "Baby, gotta care for her" |
| 2025-03-05 06:17:44 | MV1 | But i want you to be |
| *conversation continued* | | |
| 2025-03-05 06:18:32 | SUBJECT | It's perfectly normal to be horny, and do impulsive things … |
| 2025-03-05 06:18:55 | MV1 | Really? |
| 2025-03-05 06:19:03 | SUBJECT | Yes |
| 2025-03-05 06:19:36 | SUBJECT | Can I confess something? |
| 2025-03-05 06:20:15 | SUBJECT | I'm not 21 |
| 2025-03-05 06:20:32 | SUBJECT | It WAS my birthday. But it was 25. |
| 2025-03-05 06:20:43 | SUBJECT | I didn't want you to get scared |
| 2025-03-05 06:21:01 | MV1 | Im not dw |
| 2025-03-05 06:21:54 | SUBJECT | I think you're hot… |
| 2025-03-05 06:22:03 | SUBJECT | Isn't that… Problematic? |
| 2025-03-05 06:22:17 | MV1 | It's more than a decade in age gap. |
| 2025-03-05 06:22:40 | MV1 | Well |
| 2025-03-05 06:22:43 | MV1 | Yea.. |

| *conversation continued* | | |
|---|---|---|
| 2025-03-05 06:24:19 | MV1 | And i think i just seek validation from older men but it feels more than that with you.. |
| 2025-03-05 06:24:40 | SUBJECT | So, care to hear the thoughts of an older man on the subject? |
| 2025-03-05 06:24:52 | MV1 | Yea go ahead:)) |
| 2025-03-05 06:27:41 | SUBJECT | I don't think you being attracted to me is problematic. I mean, most people will be attracted to someone older at SOME point, yes? And it's not like you're completely defenseless. You are old enough to have your own thoughts, opinions, and feelings. |
| 2025-03-05 06:28:18 | SUBJECT | I think age gaps are problematic when one party is being deliberately taken advantage of. That's abusive. But this isn't that, is it? |
| *conversation continued* | | |
| 2025-03-05 07:40:53 | SUBJECT | Can I say something really out of pocket? |
| 2025-03-05 07:42:14 | MV1 | Sure :)) |
| 2025-03-05 07:42:38 | SUBJECT | Reeeeaalllyyy wanna kiss you… |
| *conversation continued* | | |
| 2025-03-05 07:52:08 | SUBJECT | Did you want anything in return for your pic earlier? |
| 2025-03-05 07:52:21 | SUBJECT | Like, it only seems fair! |
| 2025-03-05 07:53:50 | MV1 | Well uhh!! No.. but if you wanna i don't really mind |
| *conversation continued* | | |
| 2025-03-05 07:59:47 | SUBJECT | Mm… I only have vids… |
| 2025-03-05 07:59:53 | SUBJECT | Is it ok if it's an old one? |
| 2025-03-05 08:00:11 | MV1 | Yes.. :< |
| 2025-03-05 08:00:27 | SUBJECT | Why is the little face so sad! |
| 2025-03-05 08:00:57 | MV1 | Its not! It's embarrasd :(( |
| 2025-03-05 08:01:31 | SUBJECT | Mmm, I can make this easier for you. |
| 2025-03-05 08:01:38 | SUBJECT | Repeat after me, ok? |
| 2025-03-05 08:01:44 | MV1 | Okay.. |
| 2025-03-05 08:02:12 | SUBJECT | "Yes sir, I want to see you" |
| 2025-03-05 08:02:42 | MV1 | Yes sir i wanna see you.. |

| 2025-03-05 08:02:51 | SUBJECT | Good girl~ |
|---|---|---|
| 2025-03-05 08:04:54 | SUBJECT | Obvi NSFW warning!<br>**\*VIDEO\***<br>**Description: 7 second video of an adult man with light brown skin and black pubic hair, manually stimulating his erect penis with his hand. The video is filmed selfie-style where the man is facing the camera into a bathroom mirror. This video appears consistent with the SUBJECT based on the skin tone and appearance.** |
| 2025-03-05 08:07:13 | MV1 | Oh my god.. |
| *conversation continued* | | |
| 2025-03-05 15:52:55 | MV1 | Good morning!! ^^ js a heads up im at school from 8-2:30 so i wont be able to awnser if you text me |
| *conversation continued* | | |
| 2025-03-07 06:03:48 | SUBJECT | When is your bday? |
| 2025-03-07 06:04:35 | MV1 | [MONTH AND DATE OF MV1'S BIRTHDAY] |
| 2025-03-07 06:04:46 | MV1 | When's yours?:) |
| 2025-03-07 06:06:22 | SUBJECT | Feb. XX[12] |
| *conversation continued* | | |
| 2025-03-06 06:39:43 | SUBJECT | Sometimes I may be in a spicy mood for you, ok? If you're not feeling it, you don't have to do anything. It's only if YOU want to as well, yes? |
| *conversation continued* | | |
| 2025-03-06 06:48:51 | SUBJECT | Could I request something… |
| 2025-03-06 06:50:03 | MV1 | Yes.. |
| 2025-03-06 06:50:40 | SUBJECT | How to describe it… |
| 2025-03-06 06:51:41 | SUBJECT | I wanna watch you touching yourself from behind. You, ass up face down, rubbing yourself and the cam behind you … |
| 2025-03-06 06:52:06 | SUBJECT | Ugh, I feel so dirty asking for that |
| 2025-03-06 06:52:21 | MV1 | No it's fine!^^ |

---

[12] Rothschild's date of birth is February XX, XXXX. The full date of birth is known to law enforcement, but redacted for privacy.

| 2025-03-06 06:52:27 | MV1 | I CAN do it.. |
|---|---|---|
| 2025-03-06 06:52:38 | MV1 | But it's just matter of when.. |
| 2025-03-06 06:52:53 | MV1 | Cuz I'm at my moms till Friday |
| 2025-03-06 06:53:04 | SUBJECT | Hngh… |
| 2025-03-06 06:53:07 | MV1 | So I can probably do that this weekend!^^ |
| 2025-03-06 06:53:14 | MV1 | If that's alright… |
| 2025-03-06 06:53:43 | SUBJECT | You could sneak off to a restroom to get some privacy… |
| 2025-03-06 06:54:16 | SUBJECT | I know it's not the best timing, I'm just squirming thinking of you >_> |
| 2025-03-06 06:54:32 | SUBJECT | I want you so bad [MV1 FIRST NAME], it's driving me crazy |
| *conversation continued* | | |
| 2025-03-07 06:24:47 | SUBJECT | I should teach you how to touch yourself when you have free time~ |
| 2025-03-07 06:25:45 | SUBJECT | It'S not my fault you're so attractive! |
| *conversation continued* | | |
| 2025-03-07 06:29:02 | MV1 | I have the video! |
| 2025-03-07 06:29:06 | MV1 | I completely forgot |
| 2025-03-07 06:29:11 | MV1 | Do you want it now? |
| 2025-03-07 06:29:57 | SUBJECT | I'd love to have it… |
| 2025-03-07 06:30:22 | MV1 | Okay... |
| 2025-03-07 06:30:55 | MV1 | I wasn't able to find a place to prop up my phone on the floor so I couldn't get down all the way I'm sorry |
| 2025-03-07 06:31:35 | SUBJECT | No need to apologize! |
| 2025-03-07 06:31:53 | MV1 | Also please remember I don't know how to make it took good :(( <br><br>**\*VIDEO\*** <br><br>**Description: 43 second video. The camera is positioned behind a young white female who is entirely nude. Based on similar physical characteristics, the female appears to be MV1. In the video, the nude female is bent over with her buttocks and genitalia exposed to the camera. At** |

| | | |
|---|---|---|
| | | **some points in the video, the young female's fingers are curved inside her vagina, while at other points her fingers stimulate her vulva.**<br><br>**This video appears to be MV1 based on skin tone, body type, and other physical characteristics, including hair color.** |
| 2025-03-07 06:33:08 | MV1 | Also I had to keep it quiet or else I would get yelled at.. |
| 2025-03-07 06:33:18 | SUBJECT | Fuuuuckkk [MV1 FIRST NAME] |
| 2025-03-07 06:33:25 | SUBJECT | You look so gooooooooddd! |
| 2025-03-07 06:33:34 | SUBJECT | Your little moans, the shakes… |
| 2025-03-07 06:33:44 | SUBJECT | And you have such a pretty pussy |
| 2025-03-07 06:34:31 | MV1 | Thank you… |
| 2025-03-07 06:34:36 | SUBJECT | Aren't I just so lucky to have such a good little pet all to myself? |
| *conversation continued* | | |
| 2025-03-07 06:52:39 | SUBJECT | I keep watching your video |
| 2025-03-07 06:52:43 | SUBJECT | You're so perfect … |
| 2025-03-07 06:52:53 | SUBJECT | I am so enchanted by you… |
| 2025-03-07 06:53:17 | MV1 | Thank you! |
| 2025-03-07 06:54:25 | SUBJECT | Can you touch yourself? |
| *conversation continued* | | |
| 2025-03-07 06:58:11 | SUBJECT | You're so silly sometimes… |
| 2025-03-07 06:58:18 | SUBJECT | So inexperienced… |
| 2025-03-07 06:58:32 | SUBJECT | I'm so happy I get to teach you about this stuff <3 |
| 2025-03-07 06:59:16 | MV1 | I am too:3 |
| *conversation continued* | | |
| 2025-03-07 07:03:13 | MV1 | Okay uhm I'm in the bathroom … |
| 2025-03-07 07:03:18 | MV1 | What do I do now?.. |
| 2025-03-07 07:03:43 | SUBJECT | Mkay! Take off your pants and underwear |
| 2025-03-07 07:03:56 | SUBJECT | That'ss minimum, but you can be entirely naked if you prefer |
| 2025-03-07 07:04:03 | MV1 | Okay.. |

| *conversation continued* | | |
|---|---|---|
| 2025-03-07 07:05:23 | SUBJECT | Take your hand and feel your pussy… |
| 2025-03-07 07:05:43 | SUBJECT | Feel how soaked it is, how excited you are |
| 2025-03-07 07:05:57 | SUBJECT | Explore it, slooowwllyy |
| 2025-03-07 07:06:10 | SUBJECT | There's not need to rush, you're learning yourself~ |
| 2025-03-07 07:06:29 | SUBJECT | Use one or two fingers while you do this |
| 2025-03-07 07:06:39 | MV1 | Okay |
| 2025-03-07 07:07:11 | SUBJECT | Rub your fingers back and forth over different spots, see what feels good |
| 2025-03-07 07:07:35 | SUBJECT | And when you're ready… You can take one finger, and put it between the lips |
| 2025-03-07 07:08:08 | SUBJECT | Trace your way up towards you. There should be a little button towards the top that feels extra good~ |
| 2025-03-07 07:08:37 | SUBJECT | While you do that, don't be afraid to push inside a little… nothing wrong with that ;) |
| 2025-03-07 07:09:06 | MV1 | Uhm sweetheart?... |
| 2025-03-07 07:09:11 | SUBJECT | Mhm? |
| 2025-03-07 07:09:31 | MV1 | I just uhm.. |
| 2025-03-07 07:09:37 | SUBJECT | Yes? |
| 2025-03-07 07:09:41 | MV1 | What's it called?.. |
| 2025-03-07 07:10:09 | SUBJECT | Iiii don't know what you're referring to darling… |
| 2025-03-07 07:10:14 | SUBJECT | Details please! |
| 2025-03-07 07:11:53 | MV1 | Uhm well it felt really good and then I got all tense and my eyes rolled into the back of my head.. |
| 2025-03-07 07:12:14 | SUBJECT | Did… You cum?? |
| 2025-03-07 07:12:29 | SUBJECT | Was it a really intense feeling? More than usual? |
| 2025-03-07 07:12:36 | MV1 | Yes… |
| 2025-03-07 07:12:44 | SUBJECT | ALREADY? |
| *conversation continued* | | |
| 2025-03-07 07:16:05 | SUBJECT | Congratulations on your first orgasm [MV1 FIRST NAME] <3 |
| *conversation continued* | | |

| 2025-03-07 07:17:56 | SUBJECT | Can I get a naughty pic~ |
|---|---|---|
| 2025-03-07 07:18:11 | MV1 | Of what? |
| 2025-03-07 07:18:13 | SUBJECT | Reeeaalllyyy… |
| 2025-03-07 07:18:17 | MV1 | My chest or..? |
| 2025-03-07 07:18:20 | MV1 | Mhmm!! |
| 2025-03-07 07:18:25 | SUBJECT | Surprise me! |
| 2025-03-07 07:18:46 | SUBJECT | I'm obsessed with all of you, anything will make me happy… |
| 2025-03-07 07:19:22 | MV1 | Sorry it's rushed.. |
| 2025-03-07 07:19:22 | MV1 | **\*PHOTO\*** <br><br> **Description: Selfie style image depicting a young female's exposed breasts, exposed stomach, and exposed top of pubic area** |
| 2025-03-07 07:19:38 | MV1 | Plus not the best lighting.. |
| *conversation continued* | | |
| 2025-03-07 07:19:54 | SUBJECT | I wanna eat you out so bad… |
| 2025-03-07 07:20:19 | SUBJECT | Your pussy is soooooo cute! |
| *conversation continued* | | |

26.     Various additional chats occurred between MV1 and the subject from February 25, 2025, and March 12, 2025, including additional references to MV1's age (e.g., on 3/8/2025, SUBJECT stated "I think you haven't been treated very well in your short 13 yrs!"), sexual violence towards MV1 (e.g., a number of messages sent by SUBJECT 1 on 3/8/2025, stating, "What if I wanna hurt you.  Leave marks on you.  Maybe carve my initials on you and drink your blood"; "are you wet thinking about this"; "So are you getting wet at me describing how I'd abuse your little body"; "I think that you kinda belong to me now, don't you pet?"; "I can't wait to choke you and use your unconscious body"; and "this is where you thank me for even thinking you're worth that, mutt."), and other chats sexual in nature (e.g., on 3/8/2025, SUBJECT stated, "I just want to lay you on top, fill you, and keep you there.  Just hold you and cuddle you while I'm inside

you.") During the communications on Discord between the SUBJECT and MV1, MV1 sent photographs depicting her face. Those photos are consistent with the individual depicted in the sexually explicit images sent by MV1 to the SUBJECT based on MV1's skin tone and body type.

*Forensic Interview, Discord Chats Pertaining to MV2*

27.    In July 2025, MV2 was forensically interviewed at a CAC in Crest Hill, Illinois. MV2 disclosed the following information during the forensic interview. Between approximately January and March 2025, MV2 was 15 years old.

28.    MV2 shared she communicated via Discord with "Zab" who was a 25-year-old man. MV2 communicated with "Zab" for one or two months around December 2024 and January 2025.

29.    MV2 thought "Zab" might have been from Rhode Island or Virginia. MV2 and "Zab" exchanged pictures and videos. MV2 sent "Zab" a photo of her unclothed chest, while "Zab" sent MV2 a video of himself naked in the shower. MV2 and "Zab" did not discuss meeting up.

30.    Within the Discord records for the SUBJECT ACCOUNT, chats were identified which took place between MV2 and the SUBJECT between February 22, 2025, and March 12, 2025. Portions of this conversation, and photos and/or videos exchanged, are highlighted below. The SUBJECT ACCOUNT accessed 73.87.68.56, the IP address associated to XXX D ST NW, Apt XXX, Washington, DC 20004, on each of the below listed dates.

| Date/Time | Sender | Message |
|---|---|---|
| *conversation continued* | | |
| 2025-02-24 15:49:12 | MV2 | i skipped school today so me too |
| *conversation continued* | | |
| 2025-02-24 16:37:26 | SUBJECT | Can I make an indecent request… |

| 2025-02-24 16:37:45 | MV2 | i don't know if that's good |
|---|---|---|
| 2025-02-24 16:37:49 | MV2 | umm yes |
| 2025-02-24 16:38:13 | SUBJECT | I wanna see |
| 2025-02-24 16:38:36 | SUBJECT | I wanna watch you rubbing yourself for the first time… |
| 2025-02-24 16:38:54 | MV2 | I've never showed anyone my body before |
| 2025-02-24 16:39 | MV2 | umm kind of nervous |
| 2025-02-24 16:39:14 | SUBJECT | You don't have to include your face or anything! |
| 2025-02-24 16:39:25 | SUBJECT | But I'd loooovvveee to watch… |
| 2025-02-24 16:42:02 | MV2 | umm maybe |
| 2025-02-24 16:43:27 | MV2 | i would be embarrassed more than anything |
| 2025-02-24 16:43:37 | SUBJECT | Nooooo baby! |
| 2025-02-24 16:43:48 | SUBJECT | No reason to be embarrassed! |
| 2025-02-24 16:43:59 | SUBJECT | And I can show you one of my vids too~ |
| 2025-02-24 16:49:23 | MV2 | um ok |
| 2025-02-24 16:50:01 | MV2 | I'm kind of scared |
| 2025-02-24 16:50:21 | SUBJECT | It's ok darling, you're being so good <3 |
| 2025-02-24 16:55:08 | MV2 | leo i don't think i should pls don't be mad at me |
| 2025-02-24 16:55:51 | MV2 | soeey |
| 2025-02-24 16:55:53 | MV2 | leo |
| 2025-02-24 16:56:29 | MV2 | I'm sorry I don't mean to be rude |
| 2025-02-24 16:56:31 | SUBJECT | I'm not mad, just a little bummed  :( |
| 2025-02-24 16:56:41 | SUBJECT | You were being so good :( |
| 2025-02-24 17:01:13 | SUBJECT | It's ok, my little shy princess |
| 2025-02-24 17:01:27 | MV2 | i don't mean to make you sad leo |
| 2025-02-24 17:02:00 | MV2 | can i promise u videos tonight or is that a no |
| 2025-02-24 17:02:45 | SUBJECT | Yeah! |
| *conversation continued* | | |
| 2025-02-25 07:19:54 | SUBJECT | **\*PHOTO\***<br><br>**Description: picture of adult male's erect penis beneath a pair of gray boxer/briefs** |
| 2025-02-25 07:20:00 | SUBJECT | For being so good <3 |

| 2025-02-25 07:20:18 | MV2 | It's huge,,, |
|---|---|---|
| 2025-02-25 07:21:30 | MV2 | can see veins through ur boxers jsjsjs you're so hot |
| 2025-02-25 07:22:33 | MV2 | i might try rubbing again but to this photo but i don't know if i should now |
| 2025-02-25 07:22:39 | SUBJECT | It's an old pic… I hope you don't mind! |
| 2025-02-25 07:22:41 | MV2 | i might tomorrow |
| 2025-02-25 07:22:47 | MV2 | no no it's okay! |
| 2025-02-25 07:23:08 | SUBJECT | Do I get something in return? |
| 2025-02-25 07:23:17 | SUBJECT | I just want you so much… |
| 2025-02-25 07:23:58 | MV2 | umm okay i can actually take off my clothes this time is that oki? |
| 2025-02-25 07:24:16 | SUBJECT | Mhm! |
| 2025-02-25 07:33:27 | MV2 | Wait I'm so nervous ive never show  someone my boobs before |
| 2025-02-25 07:33:29 | MV2 | oki |
| 2025-02-25 07:33:30 | MV2 | here |
| 2025-02-25 07:33:37 | MV2 | **\*VIDEO\***<br><br>**Description: 16 second video, taken selfie-style, of young female, naked, touching her breasts. The camera moves down toward female's stomach and pubic area, and a pink heart emoji is placed on the video to obscure the pubic area.** |
| 2025-02-25 07:34:29 | SUBJECT | Fuuuuuck, you look so good… |
| 2025-02-25 07:34:47 | SUBJECT | Little 14yo kiddo tits… |
| *conversation continued* | | |
| 2025-02-26 03:38:46 | MV2 | should i not have a crush on you? |
| 2025-02-26 03:39:48 | SUBJECT | Well… it's normal for kids to have a crush on older people. The problem happens when older people have a crush on younger ones, like you |
| 2025-02-26 03:41:09 | MV2 | leoooooo |
| 2025-02-26 03:41:28 | MV2 | i told you i won't tell anyone |
| 2025-02-26 03:41:47 | MV2 | so you don't have to worry about our crushes being a problem:D |
| 2025-02-26 03:42:44 | MV2 | mmm i go shower soon oki? |

| | | |
|---|---|---|
| 2025-02-26 03:43:41 | SUBJECT | Oookkk… |
| 2025-02-26 03:43:56 | SUBJECT | A pic of you would cheer me up :3 |
| 2025-02-26 03:44:00 | SUBJECT | All soapy… |
| 2025-02-26 03:49:38 | MV2 | oh ok!!!! |
| *conversation continued* | | |
| 2025-02-26 03:55:03 | SUBJECT | For you, darling <3 |
| 2025-02-26 04:32:04 | MV2 | **\*VIDEO\*** <br><br>**Descriptions: 4 second video, taken selfie-style, of young female in the shower, naked, with soap covering her body. The female's naked buttocks are exposed to the camera** <br><br>**Description: 13 second video, taken selfie-style, of same young female in shower, naked, with soap covering her body. The female moves her hands around her breasts.** <br><br>**Both videos are consistent with MV2's skin tone and body type.** |
| 2025-02-26 04:33:28 | MV2 | estoy cansada |
| 2025-02-26 05:02:28.156000+00:00 | SUBJECT | I LOVE your little moans… |
| 2025-02-26 05:02:44 | SUBJECT | Fuck, I love your body… |
| *conversation continued* | | |
| 2025-03-01 15:45:05 | MV2 | i really love that you're older than me ,,, |
| 2025-03-01 15:45:59 | MV2 | 11 years … jsjsjsh |
| 2025-03-01 15:46:05 | MV2 | kisskisskiss |
| 2025-03-01 15:47:02 | MV2 | i want to make you feel good i wish i were with u:( |
| 2025-03-01 15:47:31 | SUBJECT | Should be more normal, don't you think? |
| 2025-03-01 15:47:44 | SUBJECT | Little teens belong to old men like me |
| 2025-03-01 15:48:44 | SUBJECT | God I wanna turn you into my personal fleshlight |
| *conversation continued* | | |
| 2025-03-01 15:51:45 | SUBJECT | I wanna cut off your breathing by stuffing your throat~ |

| 2025-03-01 15:52:32 | SUBJECT | I want you to feel like your about to die being throatfucked, being used to get me off |
|---|---|---|
| *conversation continued* | | |
| 2025-03-01 16:03:11 | MV2 | i wanna see you is that oki,, |
| 2025-03-01 16:03:26 | SUBJECT | Hmm?? |
| 2025-03-01 16:03:36 | SUBJECT | Use your words baby~ |
| 2025-03-01 16:04:03 | MV2 | It's embarrassing though |
| 2025-03-01 16:04:40 | MV2 | can i watch you please..? |
| 2025-03-01 16:05:31 | MV2 | sorry |
| 2025-03-01 16:05:41 | SUBJECT | Such a needy little toy… |
| 2025-03-01 16:05:47 | SUBJECT | But you've been sooooo good! |
| 2025-03-01 16:06:01 | SUBJECT | So I suppose I can give you a treat~ |
| 2025-03-01 16:06:07 | MV2 | JSJS |
| 2025-03-01 16:06:14 | MV2 | You're the bestttt:3 |
| 2025-03-01 16:15:36 | SUBJECT | Had to edit out the audio cuz shower was running :3 |
| 2025-03-01 16:16:57 | SUBJECT | **\*VIDEO\***<br><br>**Description: 34 second video of an adult male manipulating his erect penis with his hand and ejaculating. This video is appears to be the SUBJECT based on his skin tone and the similarity in appearance to the video he sent MV1 of an adult male masturbating his penis.  This video appears consistent with the SUBJECT based on the skin tone and appearance.** |
| 2025-03-01 16:18:47 | MV2 | You're so hot jsjsjjsj |
| *conversation continued* | | |
| 2025-03-07 02:43:35 | SUBJECT | YOU LIKE, JUST TURNED 14 |
| 2025-03-07 02:43:43 | MV2 | oh ya! |
| 2025-03-07 02:43:56 | MV2 | You just turned 25^_^ |
| 2025-03-07 02:44:09 | SUBJECT | I did |
| *conversation continued* | | |

31.     Various additional chats occurred between MV2 and ROTHSCHILD between February 22, 2025, and March 12, 2025, including additional chats that were sexual in nature or discussed sexual violence towards MV2 (e.g., on 3/1/2025, SUBJECT sent a message, stating "You really are gonna scream and cry when I shove myself in you." And on 3/8/2025, SUBJECT sent messages stating, "Is it even love if you're not crying and wailing while I fill you up" and "I've been asking for a vid for a while").   Additionally, MV2 sent additional videos to ROTHSCHILD on March 11, 2025, one 44 seconds in length, where a young female is touching her breasts over her clothing. Midway through the video, the female exposes her nude breasts and touches them. The female in this video appears to be MV2 and is consistent with MV2's skin tone and body type.

*Forensic Interview, Chats Pertaining to MV3*

32.     MV3's full name and date of birth are known to law enforcement, as is MV3's Discord username and/or display name. Between approximately January and March 2025, MV3 was 15 years old.

33.     In May 2025, MV3 was forensically interviewed at a CAC in Baltimore, MD. MV3 did not recall any Discord conversations with Discord user "limerence12345" nor any instances where an individual asked MV3 to take sexual photos of herself.

34.     Within the Discord records for the SUBJECT ACCOUNT, chats were identified which took place between MV3 and the SUBJECT between January 29, 2025, and March 12, 2025. Portions of this conversation, and photos and/or videos exchanged, are highlighted below. The SUBJECT ACCOUNT accessed 73.87.68.56, the IP address associated to XXX D ST NW, Apt XXX, Washington, DC 20004, on each of the below listed dates.

| Date/Time | Sender | Message |
|---|---|---|
| *conversation continued* SUBJECT and MV3 referenced calling each other via Discord on several different occasions throughout the chat | | |
| 2025-01-30 01:54:04 | SUBJECT | Tell me more about your taste for older men ;) |
| 2025-01-30 02:08:39 | MV3 | they're so much more mature!!! they know all the right things to say, the size differenceeeeeee and age gaps in general r cute |
| 2025-01-30 02:09:03 | MV3 | sometimes i wish i were younger so my age gap with my boyfriend would be bigger |
| 2025-01-30 02:09:24 | MV3 | All the time |
| 2025-01-30 02:09:45 | MV3 | little girls r meant to be with older guys |
| 2025-01-30 02:10:29 | SUBJECT | I couldn't agree more |
| 2025-01-30 02:10:47 | MV3 | the way older guys talk is so much more better than guys my age |
| 2025-01-30 01:54:04 | SUBJECT | Tell me more about your taste for older men ;) |
| *conversation continued* | | |
| 2025-01-30 05:36:58 | SUBJECT | I have the lifelong fantasy of carving my initials into a girl |
| 2025-01-30 05:37:14 | SUBJECT | It's one of my more guilty ones |
| *conversation continued* | | |
| 2025-01-30 05:50:57 | SUBJECT | I must've been around your age, actually. |
| 2025-01-30 05:51:01 | SUBJECT | 13? 14? |
| 2025-01-30 05:51:14 | MV3 | when u met him again? |
| 2025-01-30 05:51:20 | SUBJECT | Ye! |
| *conversation continued* | | |
| 2025-02-07 20:17:58 | MV3 | this is my way of saying sorry..!!!!! **\*VIDEO\*** **Description: 2 second video of the reflection of a young female in a mirror, wearing a black bra and underwear.** |
| *conversation continued* | | |

| 2025-02-07 21:16:33 | SUBJECT | You'e so haaawwwttt. |
|---|---|---|
| | *conversation continued* | |
| 2025-02-07 21:29:38 | SUBJECT | Just ah, obvi NSFW warning<br>**\*VIDEO\***<br>**Description: 7 second video of an adult man with light brown skin and black pubic hair, manually stimulating his erect penis with his hand. The video is filmed selfie-style where the man is facing the camera into a bathroom mirror. This video appears consistent with the SUBJECT based on the skin tone and appearance.** |
| 2025-02-07 21:33:36 | MV3 | OH MY FGID |
| 2025-02-07 21:33:53 | MV3 | my downstairs area feels hor |
| 2025-02-07 21:33:57 | MV3 | hot |
| 2025-02-07 21:34:08 | MV3 | R U CUMMING IN THE VUDEO?? |
| 2025-02-07 21:34:49 | SUBJECT | MhM |
| | *conversation continued* | |
| 2025-03-07 01:56:04 | MV3 | HI!! |
| 2025-03-07 23:10:55 | MV3 | idk if this enough… my hand is in the way<br>**\*VIDEO\***<br>**Description: 8 second video, taken selfie-style, that shows a female touching her naked pubic area with her hand and apparently engaging in masturbation. This appears to be a video depicting MV3 based on her skin tone and body type.** |
| 2025-03-07 23:10:59 | MV3 | but i was way way way too embarrassed |
| 2025-03-07 23:11:11 | MV3 | maybe u didn't want smth like this IM SORRY IDK |
| 2025-03-07 23:11:17 | MV3 | IDKIDKIKDKIDKIKDIKDJDHDHS |
| 2025-03-07 23:11:23 | MV3 | i'll delete it if u want AUGHHH |
| 2025-03-07 23:18:05 | SUBJECT | I'll do you the mercy of watching it after work <3 |
| 2025-03-08 07:15:24 | SUBJECT | Oh [MV1'S NICKNAME] |
| 2025-03-08 08:14:52 | SUBJECT | You're gonna hate my new League acc btw |
| 2025-03-08 08:15:08 | SUBJECT | ID LIKE TH RECORD TO SHOW I WAS DRUNK AND HORNY FOR YOU |

| | | |
|---|---|---|
| 2025-03-08 14:54:25 | SUBJECT | I forgot to respond, but I want to want to eat you out so bad now |
| *conversation continued* | | |
| 2025-03-09 03:02:52 | MV3 | i miss ur voice |
| 2025-03-09 03:04:07 | SUBJECT | Mmmm. I could call you on Monday after school! |
| *conversation continued* | | |
| 2025-03-10 05:39:00 | SUBJECT | My name is Zab. |
| 2025-03-10 05:39:13 | SUBJECT | Short for Zabdiel. |
| *conversation continued* | | |
| 2025-03-11 22:25:49 | MV3 | **\*VIDEO\*** <br><br> **Description: 8 second video of a female touching her buttocks, wearing underwear. This video appears to be consistent with MV3's skin tone and body type.** |
| 2025-03-11 22:25:51 | MV3 | SO EMBARRASSING UGHHHSGSF |
| 2025-03-11 22:26:02 | MV3 | I TRIED |
| 2025-03-12 04:08:39 | SUBJECT | GUESS WHOS BACK! |
| 2025-03-12 04:08:53 | MV3 | HIIIIIIIIII |
| 2025-03-12 04:09:22 | SUBJECT | Can I just take a moment to appreciate how phat your ass is? |
| *conversation continued* | | |

35.     Various additional chats occurred between MV3 and ROTHSCHILD between January 29, 2025, and March 12, 2025, including additional chats that were sexual in nature or discussed sexual violence towards MV3 (e.g., on 1/30/2025, ROTHSCHILD stated, "I actually prefer small boobs"; "would you let me use it however I want … I love small holes"; "I was too busy imagining what it be like to bounce you on me, holding your waist"; "I may treat you like an object, but you are a person and I wanna take care of this one :)"; and "what if our first date is just me doing a little cut on you?")

**CONCLUSION**

36.     For the reasons set forth above, I submit that probable cause exists to believe that ROTHSCHILD committed the offense of Transfer of Obscene Material to Minors, in violation of 18 U.S.C. § 1470, on or about February 7, 2025 (to MV3); on or about March 1, 2025 (to MV2); and on or about March 5, 2025 (to MV1).

37.     Furthermore, probable cause exists to believe that ROTHSCHILD committed the offense of Receipt and Attempted Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), on or about March 7, 2025 (from MV3); on or about and between February 24, 2025, and March 12, 2025 (from MV2); and on or about March 7, 2025 (from MV1).

38.     Additionally, probable cause exists to believe that ROTHSCHILD committed the offense of Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a) and (e), on or about and between February 24, 2025, and March 12, 2025 (as to MV2), and on or about and between March 6, 2025, and March 7, 2025 (as to MV1).

39.     Finally, probable cause exists to believe that ROTHSCHILD committed the offenses and Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), on or about and between January 29, 2025, and March 12, 2025 (as to MV3); on or about and between February 22, 2025, and March 12, 2025 (as to MV2); and on or about and between February 25, 2025, and March 12, 2025 (as to MV1).

Respectfully submitted,

_____
Jacqueline Scott
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on April 1, 2026.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge